# Court of Appeals
# of the State of Georgia

ATLANTA,  March 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1119.  RODRIGUEZ ASHMORE v. THE STATE.**

Rodriguez Ashmore was convicted by a jury of one count of aggravated sexual battery, three counts of child molestation, one count of statutory rape, one count of attempted child molestation, and one count of attempted aggravated child molestation. We affirmed his convictions on direct appeal. *Ashmore v. State*, 323 Ga. App. 329 (746 SE2d 927) (2013).  In 2018, Ashmore filed a motion to vacate void sentence, which the trial court denied on October 29, 2018.  Ashmore subsequently filed a notice of appeal on December 3, 2018.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Ashmore filed his notice of appeal 35 days after entry of the trial court's order.  Accordingly, Ashmore's appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/01/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.